[DO NOT PUBLISH]

In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 24-13913

Non-Argument Calendar

_____

KATHLEEN EDWARDS,
SEAN LANGSHAW,

                                    Plaintiffs-Appellants,

*versus*

DARDEN GROUP, INC.,
DARDEN RESTAURANTS, INC.,
DARDEN CORPORATION,
GMRI, INC.,

                                    Defendants-Appellees.

_____

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 0:24-cv-61818-MD

_____

Before JILL PRYOR, GRANT, and KIDD, Circuit Judges.

PER CURIAM:

This appeal is DISMISSED, *sua sponte*, for lack of jurisdiction. Kathleen Edwards and Sean Langshaw appeal from the magistrate judge's (1) November 7, 2024, order denying their motions for sanctions and to remand, as well as their first motion for summary judgment, and (2) November 22, 2024, order denying their motion for reconsideration and amended motion for summary judgment. We lack jurisdiction to review either of those orders because they were issued by a magistrate judge, the district court has not rendered them final, and there is no indication in the record that the parties consented to the magistrate judge conducting the proceeding. *See* 28 U.S.C. § 1291 (providing that the courts of appeals have jurisdiction over "appeals from all final decisions of the district courts"); *United States v. Schultz*, 565 F.3d 1353, 1359 (11th Cir. 2009); 28 U.S.C. § 636(c).

All pending motions are DENIED as moot. No petition for rehearing may be filed unless it complies with the timing and other requirements of 11th Cir. R. 40-3 and all other applicable rules.